UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | **ORDER** |
| v. | Crim. No. 11-447 (WHW) |
| RUSSELL FLUKER, | |
| Defendant. | |

**Walls, Senior District Judge**

This matter having been opened to the Court by Iacullo Martino, LLC, by and through Anthony J. Iacullo, Esq. attorneys for the defendant, Russell Fluker, and on notice to the United States Attorney's Office by and through Sharon Ashe, Assistant United States Attorney, and the parties having consented to same, and good cause having been shown:

It is, on this 29th day of November, 2011:

ORDERED that the defendant, Russell Fluker, be transferred to the UMDNJ Medical Center, or any other appropriate medical facility, for the purpose of assessing his prostate cancer; and it is further

ORDERED that the defendant, Russell Fluker, shall immediately receive medical consultation and appropriate medical treatment of his condition at the UMDNJ Medical Center, or any other appropriate medical facility, after such assessment is completed.

United States Senior District Judge