# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAMES EDWARD PENDER, RONALD BASSETT and RUSSELL FLUKER<br><br>Defendants. | Criminal No. 11-cr-447 (WHW)<br><br>**ORDER** |

This matter having been opened to the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (Sharon Ashe, Assistant U.S. Attorney, appearing) and defendants James Pender (Thomas Ambrosio, Esq., appearing), Ronald Bassett (Ronald Rubinstein, Esq., appearing) and good cause having been shown, the Court makes the following findings:

1. This case is sufficiently complex, due to the nature of the prosecution, that it is unreasonable to expect adequate preparation for pretrial proceedings and trial within the time limits established by Title 18, United States Code, section 3161; and

2. The ends of justice served by a continuance of the trial date in this matter until September 17, 2012 outweigh the interest of the public and the defendant in a speedy trial.

IT IS, therefore on this 19 day of March, 2012

ORDERED that:

The trial date in this matter is continued until September 17, 2012, and that the period of time from May 1, 2012 through September 17, 2012 shall be excluded for the purposes of computing time under the Speedy Trial Act pursuant to 18 U.S.C. section 3161(h)(8)(A), (h)(8)(B)(ii) and (h)(8)(iv); and it is further

ORDERED that:

1. Trial shall commence on September 17, 2012 at 10 AM

_____
Honorable William H. Walls
United States District Judge

_____
Sharon Ashe, A.U.S.A

_____
Thomas Ambrosio, Esq.
Attorney for James Pender


_____
Ronald Rubinstein, Esq.
Attorney for Ronald Bassett

_____
Honorable William H. Walls
United States District Judge


_____
Sharon Ashe, A.U.S.A


_____
Thomas Ambrosio, Esq.
Attorney for James Pender

_*signature*_
_____
Ronald Rubinstein, Esq.
Attorney for Ronald Bassett